UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,     **CONSENT TO PROCEED BY**
                                                                 **VIDEO OR TELE CONFERENCE**

           -against-

Johnnie Thomas                                                   7:20-cr-625-KMK
                      Defendant(s).
------------------------------------------------------------X

Defendant Johnnie Thomas hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel


/s/ Johnnie Thomas                           Anthony Cecutti
Defendant's Signature by permission.     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Johnnie Thomas                                     Anthony Cecutti
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

December 18, 2020
Date                                             U.S. District Judge/U.S. Magistrate Judge