LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 11, 2024

**BY ECF**
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

### Re: United States v. Johnnie Thomas, et al; 20 Cr. 625 (KMK)

Dear Judge Karas:

I represent Johnnie Thomas in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. A conference related to Mr. Thomas' violation of supervised release is scheduled for October 16, 2024.

I write, with the consent of the Government, to respectfully request that the Court adjourn the conference to a date after October 29, 2024. Mr. Thomas is scheduled to appear in state court on that date at which time it is expected that he will resolve the state court matter. With the expected resolution of Mr. Thomas' state court matter, I have reached a preliminary agreement with the Government to resolve the violation of supervised release. Accordingly, at the next conference, the parties will make a joint proposal for Your Honor's consideration.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

*Granted. The Court will hold a conference on 10/31/24 at 10:30 AM*

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
10/15/2024